UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-21
```

CRISTIAN SANCHEZ, on behalf of himself
and all others similarly situated,

        Plaintiffs,

-against-

MMM CONSUMER BRANDS INC.

        Defendant.

Case No. 1:21-cv-03057-JGK
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
           April 22, 2021

Respectfully submitted,

By: /s/ *Joseph H. Mizrahi*
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*

SO ORDERED:

[signature]
U.S.D.J.
4/23/21

The Clerk is directed to close this case.
So Ordered.
[signature]
U.S.D.J.
4/23/21